IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01138-WYD-CBS

EDGAR RIVERA,

    Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, LP,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Based on the stipulation of the Parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 20), and good cause appearing therefore, it is hereby

ORDERED that this action is hereby **DISMISSED WITH PREJUDICE**, each side to bear its own costs, expenses and attorneys' fees.

Dated:  December 8, 2015

                    BY THE COURT:

                    */s/ Wiley Y. Daniel*
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE